IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QIUCHEN PAN, et al.              :          CIVIL ACTION
                                :
            v.                  :
                                :
PRESTIGE IMPORTS AUTO SALES,    :          NO. 19-3967
INC., et al.

ORDER

AND NOW, this 22nd day of January, 2020, for the

reasons set forth in the foregoing Memorandum, it is hereby

ORDERED that the motion of defendant Sergey Skyklvarskiy a/k/a

Sergey Sklyarsky to dismiss the complaint under Rule 12(b)(6) of

the Federal Rules of Civil Procedure is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.